| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| District of Delaware |
| Case number (*if known*): _____ Chapter 15 |

☐ Check if this is an
amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | ANTAMEX INDUSTRIES ULC |

| | | |
| --- | --- | --- |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:** |

☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other  British Columbia  . Describe identifier  1186401  .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____

| | | |
| --- | --- | --- |
| 3. | **Name of foreign representative(s)** | Deloitte Restructuring Inc. |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Ontario Superior Court of Justice; Court File No. CV-24-00715153-00CL |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>_____<br>_____ |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

| Debtor | ANTAMEX INDUSTRIES ULC | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

210 Great Gulf Drive
Number      Street

_____
P.O. Box

Concord L4K 5W1                    ON
City          State/Province/Region    ZIP/Postal Code

Canada
Country

Individual debtor's habitual residence:

_____
Number      Street

_____
P.O. Box

_____
City          State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

8 Adelaide Street West, Suite 200
Number      Street

_____
P.O. Box

Toronto M5H 0A9                    ON
City          State/Province/Region    ZIP/Postal Code

Canada
Country

**10. Debtor's website (URL)**

www.antamex.com

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other.  Specify: _____

☐ Individual

| Debtor | ANTAMEX INDUSTRIES ULC | Case number (if known) |
|---|---|---|
| | Name | |

---

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

Wholly owned subsidiary incorporated in this district_____.

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ *Richard Williams*_____        Richard Williams_____
Signature of foreign representative                  Printed name

Executed on   05/01/2024_____
MM  / DD / YYYY

✖ _____        _____
Signature of foreign representative                  Printed name

Executed on   _____
MM  / DD / YYYY

---

**14. Signature of attorney**

✖ *Mark L. Desgrosseilliers*_____        Date   05/01/2024_____
Signature of Attorney for foreign representative          MM   / DD / YYYY

Mark L. Desgrosseilliers_____
Printed name
Chipman Brown Cicero & Cole LLP_____
Firm name
Hercules Plaza, 1313 N. Market St., Suite 5400_____
Number        Street
Wilmington_____   DE        19801_____
City                                State        ZIP Code

(302) 295-0192_____        desgross@ChipmanBrown.com_____
Contact phone                          Email address

4083_____        DE_____
Bar number                            State

---



Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe : CV-24-00715153-00CL**

Court File No. CV-24-00715153-00CL

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE
## COMMERCIAL LIST

THE HONOURABLE )            WEDNESDAY, THE 13TH

)

JUSTICE BLACK )            DAY OF MARCH, 2024

)

B E T W E E N :

### EXPORT DEVELOPMENT CANADA

Applicant

- and -

### ANTAMEX INDUSTRIES ULC

Respondent

**AND IN THE MATTER OF AN APPLICATION UNDER section 243(1) of
the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended, and
section 101 of the *Courts of Justice Act*, R.S.O. 1990, c C.43, as amended**

### AMENDED AND RESTATED ORDER
### (Appointing Receiver)

**THIS APPLICATION** made by the applicant, Export Development Canada ("**EDC**"),
for an order pursuant to section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c.
B-3, as amended (the "**BIA**") and section 101 of the *Courts of Justice Act*, R.S.O. 1990, c. C.43,
as amended (the "**CJA**") appointing Deloitte Restructuring Inc. ("**Deloitte**") as receiver and
manager (in such capacity, the "**Receiver**") without security, of all of the assets, undertakings
and properties of the respondent, Antamex Industries ULC (the "**Debtor**") acquired for, or used

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVETUE DU
SCEAU DE LA COUR SUPERIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 17 DAY OF April 24
FAIT À TORONTO LE            JOUR DE

REGISTRAR            GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00715153-00CL

- 2 -

in relation to a business carried on by the Debtor and amending and restating the Order of Justice Black granted in the within application on March 5, 2024, was heard this day by videoconference at 330 University Avenue, Toronto, Ontario.

**ON READING** the affidavit of Adam Smith sworn February 21, 2024 and the Exhibits thereto (the "**Smith Affidavit**"), the affidavit of Connie Deng sworn February 26, 2024 and the Exhibits thereto, the report of counsel for EDC dated March 4, 2024 and the attachments thereto, the report of counsel for the Debtor and counsel for Euler Hermes North America Insurance Company, Aviva Insurance Company of Canada and Nationwide Mutual Insurance Company (collectively, the "**Sureties**") dated March 4, 2024 and the attachments thereto, the affidavit of John Tangney sworn March 11, 2024 and the Exhibits thereto, and on hearing the submissions of counsel for EDC, counsel for the proposed Receiver, counsel for Norwich 40 TGCI LLC (the "**Landlord**"), counsel for the Sureties, counsel for Suffolk Construction Company, Inc., and such other parties listed on the participant information form, no one else appearing although duly served as appears from the Lawyer's Certificates of Service of Montana Licari dated February 22 and February 26, 2024, and on reading the consent of Deloitte to act as the Receiver, filed,

**SERVICE**

1.      **THIS COURT ORDERS** that the time for service of the notice of application and the application record is hereby abridged and validated so that this application is properly returnable today and hereby dispenses with further service thereof.

**APPOINTMENT**

2.      **THIS COURT ORDERS** that pursuant to section 243(1) of the BIA and section 101 of the CJA, Deloitte is hereby appointed Receiver, without security, of all the present and future assets, undertakings, and properties of the Debtor acquired for, or used in relation to a business carried on by the Debtor, including all proceeds thereof (the "**Property**").

**RECEIVER'S POWERS**

3.      **THIS COURT ORDERS** that the Receiver is hereby empowered and authorized, but not obligated, to act at once in respect of the Debtor and the Property and, without in any way

I HEREBY CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

JE CERTIFIE PAR LA PRÉSENTE QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 17 DAY OF April 2024
FAIT À TORONTO LE         JOUR DE

REGISTRAR                        GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00715153-00CL

- 5 -

limiting the generality of the foregoing, the Receiver is hereby expressly empowered and authorized to do any of the following where the Receiver considers it necessary or desirable:

(a)     to take possession of and exercise control over the Property and any and all proceeds, receipts and disbursements arising out of or from the Property;

(b)     to receive, preserve, and protect the Property, or any part or parts thereof, including, but not limited to, the changing of locks and security codes, the relocating of Property to safeguard it, the engaging of independent security personnel, the taking of physical inventories of the Property, accessing and taking control of the Debtor's bank accounts and the placement of such insurance coverage as may be necessary or desirable;

(c)     to manage, operate, and carry on the business of the Debtor (the "**Business**"), including the powers to enter into any agreements, incur any obligations in the ordinary course of business, cease to carry on all or any part of the Business, or disclaim or cease to perform any contracts of the Debtor or in respect of the Property;

(d)     to engage consultants, appraisers, agents, experts, auditors, accountants, managers, insurance brokers, counsel and such other persons from time to time and on whatever basis, including on a temporary basis, to assist with the exercise of the Receiver's powers and duties, including without limitation those conferred by this Order;

(e)     to purchase or lease such machinery, equipment, inventories, supplies, premises or other assets to continue the Business of the Debtor or any part or parts thereof;

(f)     to receive and collect all monies and accounts now owed or hereafter owing to the Debtor and to exercise all remedies of the Debtor in collecting such monies, including, without limitation, to enforce any security held by the Debtor;

(g)     to settle, extend or compromise any indebtedness owing to the Debtor;

I HEREBY CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE.

JE CERTIFIE PAR LES PRÉSENTE ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE À TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 17 DAY OF April 20 24
FAIT À TORONTO LE         JOUR DE

REGISTRAR                                    GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice    Court File No./N° du dossier du greffe : CV-24-00715153-00CL

- 7 -

(h)     to execute, assign, issue and endorse documents of whatever nature in respect of any of the Property, whether in the Receiver's name or in the name and on behalf of the Debtor, for any purpose pursuant to this Order;

(i)     to initiate, prosecute and continue the prosecution of any and all  proceedings and to defend all proceedings now pending or hereafter instituted with respect to the Debtor, the Property or the Receiver, and to settle or compromise any such proceedings. The authority hereby conveyed shall extend to such appeals or applications for judicial review in respect of any order or judgment pronounced in any such proceeding;

(j)     to market any or all of the Property, including advertising and soliciting offers in respect of the Property or any part or parts thereof and negotiating such terms and conditions of sale as the Receiver in its discretion may deem appropriate;

(k)     to sell, convey, transfer, lease or assign the Property or any part or parts thereof out of the ordinary course of business,

    (i)     without the approval of this Court in respect of any transaction not exceeding $100,000, provided that the aggregate consideration for all such transactions does not exceed $500,000; and

    (ii)     with the approval of this Court in respect of any transaction in which the purchase price or the aggregate purchase price exceeds the applicable amount set out in the preceding clause;

and in each such case notice under subsection 63(4) of the Ontario *Personal Property Security Act*, or section 31 of the Ontario *Mortgages Act*, as the case may be, shall not be required;

(l)     to apply for any vesting order or other orders necessary to convey the Property or any part or parts thereof to a purchaser or purchasers thereof, free and clear of any liens or encumbrances affecting such Property;

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS  17  DAY OF  April  20  24
FAIT À TORONTO LE           JOUR DE

REGISTRAR                                    GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

- 5 -

    (m)    to report to, meet with and discuss with such affected Persons (as defined below) as the Receiver deems appropriate on all matters relating to the Property and the receivership, and to share information, subject to such terms as to confidentiality as the Receiver deems advisable;

    (n)    to register a copy of this Order and any other orders in respect of the Property against title to any of the Property;

    (o)    to apply for any permits, licences, approvals or permissions as may be required by any governmental authority and any renewals thereof for and on behalf of and, if thought desirable by the Receiver, in the name of the Debtor;

    (p)    to enter into agreements with any trustee in bankruptcy appointed in respect of the Debtor, including, without limiting the generality of the foregoing, the ability to enter into occupation agreements for any property owned or leased by the Debtor;

    (q)    to exercise any shareholder, partnership, joint venture or other rights which the Debtor may have; and

    (r)    to take any steps reasonably incidental to the exercise of these powers or the performance of any statutory obligations,

and in each case where the Receiver takes any such actions or steps, it shall be exclusively authorized and empowered to do so, to the exclusion of all other Persons (as defined below), including the Debtor, and without interference from any other Person.

**DUTY TO PROVIDE ACCESS AND CO-OPERATION TO THE RECEIVER**

4.    **THIS COURT ORDERS** that (a) the Debtor, (b) all of its current and former directors, officers, employees, agents, accountants, legal counsel and shareholders, and all other persons acting on its instructions or behalf, and (c) all other individuals, firms, corporations, governmental bodies or agencies, or other entities having notice of this Order (all of the foregoing, collectively, being "**Persons**" and each being a "**Person**") shall forthwith advise the Receiver of the existence of any Property in such Person's possession or control[...]

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRÉSENTE CERTIFIE QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE À TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS   17   DAY OF   April   20 24
FAIT À TORONTO LE      JOUR DE

REGISTRAR          GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00715153-00CL

- 8 -

immediate and continued access to the Property to the Receiver, and shall deliver all such Property to the Receiver upon the Receiver's request.

5.      **THIS COURT ORDERS** that all Persons shall forthwith advise the Receiver of the existence of any books, documents, securities, contracts, orders, corporate and accounting records, and any other papers, records and information of any kind related to the Business, the Property or the affairs of the Debtor, and any computer programs, computer tapes, computer disks, or other data storage media containing any such information (the foregoing, collectively, the "**Records**") in that Person's possession or control, and shall provide to the Receiver or permit the Receiver to make, retain and take away copies thereof and grant to the Receiver unfettered access to and use of accounting, computer, software and physical facilities relating thereto, provided however that nothing in this paragraph 5 or in paragraph 6 of this Order shall require the delivery of Records, or the granting of access to Records, which may not be disclosed or provided to the Receiver due to the privilege attaching to solicitor-client communication or due to statutory provisions prohibiting such disclosure.

6.      **THIS COURT ORDERS** that if any Records are stored or otherwise contained on a computer or other electronic system of information storage, whether by independent service provider or otherwise, all Persons in possession or control of such Records shall forthwith give unfettered access to the Receiver for the purpose of allowing the Receiver to recover and fully copy all of the information contained therein whether by way of printing the information onto paper or making copies of computer disks or such other manner of retrieving and copying the information as the Receiver in its discretion deems expedient, and shall not alter, erase or destroy any Records without the prior written consent of the Receiver. Further, for the purposes of this paragraph, all Persons shall provide the Receiver with all such assistance in gaining immediate access to the information in the Records as the Receiver may in its discretion require including providing the Receiver with instructions on the use of any computer or other system and providing the Receiver with any and all access codes, account names and account numbers that may be required to gain access to the information.

7.      **THIS COURT ORDERS** that the Receiver shall provide each of the relevant landlords with notice of the Receiver's intention to remove any such fixtures from any leased premises at least

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE.

LA PRÉSENT ATTEST QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE À TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS ____17____ DAY OF ___April___ 20 _24_
FAIT À TORONTO LE                        JOUR DE

REGISTRAR                                              GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00715153-00CL

seven (7) days prior to the date of the intended removal. The relevant landlord shall be entitled to have a representative present in the leased premises to observe such removal and, if the landlord disputes the Receiver's entitlement to remove any such fixture under the provisions of the lease, such fixture shall remain on the premises and shall be dealt with as agreed between any applicable secured creditors, such landlord and the Receiver, or by further order of this Court upon application by the Receiver on at least two (2) days notice to such landlord and any such secured creditors.

**NO PROCEEDINGS AGAINST THE RECEIVER**

8.      **THIS COURT ORDERS** that no proceeding or enforcement process in any court or tribunal (each, a "**Proceeding**"), shall be commenced or continued against the Receiver except with the written consent of the Receiver or with leave of this Court.

**NO PROCEEDINGS AGAINST THE DEBTOR OR THE PROPERTY**

9.      **THIS COURT ORDERS** that no Proceeding against or in respect of the Debtor or the Property shall be commenced or continued except with the written consent of the Receiver or with leave of this Court and any and all Proceedings currently under way against or in respect of the Debtor or the Property are hereby stayed and suspended pending further Order of this Court.

**NO EXERCISE OF RIGHTS OR REMEDIES**

10.     **THIS COURT ORDERS** that all rights and remedies against the Debtor, the Receiver, or affecting the Property, are hereby stayed and suspended except with the written consent of the Receiver or leave of this Court, provided however that this stay and suspension does not apply in respect of any "eligible financial contract" as defined in the BIA, and further provided that nothing in this paragraph shall (a) empower the Receiver or the Debtor to carry on any business which the Debtor is not lawfully entitled to carry on, (b) exempt the Receiver or the Debtor from compliance with statutory or regulatory provisions relating to health, safety or the environment, (c) prevent the filing of any registration to preserve or perfect a security interest, or (d) prevent the registration of a claim for lien.

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS    17    DAY OF    April    20  24
FAIT À TORONTO LE              JOUR DE

REGISTRAR                                          GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe** : CV-24-00715153-00CL

- 8 -

## NO INTERFERENCE WITH THE RECEIVER

11.      **THIS COURT ORDERS** that no Person shall discontinue, fail to honour, alter, interfere with, repudiate, terminate or cease to perform any right, renewal right, contract, agreement, licence or permit in favour of or held by the Debtor, without written consent of the Receiver or leave of this Court.

## CONTINUATION OF SERVICES

12.      **THIS COURT ORDERS** that all Persons having oral or written agreements with the Debtor or statutory or regulatory mandates for the supply of goods and/or services, including without limitation, all computer software, communication and other data services, centralized banking services, payroll services, insurance, transportation services, utility or other services to the Debtor are hereby restrained until further Order of this Court from discontinuing, altering, interfering with or terminating the supply of such goods or services as may be required by the Receiver, and that the Receiver shall be entitled to the continued use of the Debtor's current telephone numbers, facsimile numbers, internet addresses and domain names, provided in each case that the normal prices or charges for all such goods or services received after the date of this Order are paid by the Receiver in accordance with normal payment practices of the Debtor or such other practices as may be agreed upon by the supplier or service provider and the Receiver, or as may be ordered by this Court.

## RECEIVER TO HOLD FUNDS

13.      **THIS COURT ORDERS** that all funds, monies, cheques, instruments, and other forms of payments received or collected by the Receiver from and after the making of this Order from any source whatsoever, including without limitation the sale of all or any of the Property and the collection of any accounts receivable in whole or in part, whether in existence on the date of this Order or hereafter coming into existence, shall be deposited into one or more new accounts to be opened by the Receiver (the "**Post Receivership Accounts**") and the monies standing to the credit of such Post Receivership Accounts from time to time, net of any disbursements provided for herein, shall be held by the Receiver to be paid in accordance with the terms of this Order or any further Order of this Court.

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DON'T CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS ___17___ DAY OF __April__ 20 _24_
FAIT À TORONTO LE       JOUR DE

_____
REGISTRAR                          GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00715153-00CL

- , -

**EMPLOYEES**

14.    **THIS COURT ORDERS** that all employees of the Debtor shall be deemed to have been terminated by the Debtor immediately prior to the issuance of this Order. The Receiver shall not be liable for any employee-related liabilities, including any successor employer liabilities as provided for in section 14.06(1.2) of the BIA, other than such amounts as the Receiver may specifically agree in writing to pay, or in respect of its obligations under sections 81.4(5) or 81.6(3) of the BIA or under the *Wage Earner Protection Program Act*.

15.    **THIS COURT ORDERS** that the Receiver is expressly authorized and empowered to send notices of termination to employees of the Debtor in the name of and on behalf of the Debtor and to do or cause to be done all such further acts and things necessary or desirable in respect of the termination of the employees of the Debtor, including, without limitation, any applicable statutory notices or filings in the name of and on behalf of the Debtor.

**PIPEDA**

16.    **THIS COURT ORDERS** that, pursuant to clause 7(3)(c) of the Canada *Personal Information Protection and Electronic Documents Act*, the Receiver may disclose personal information of identifiable individuals to prospective purchasers or bidders for the Business or Property and to their advisors, but only to the extent desirable or required to negotiate and attempt to complete one or more sales of the Business or Property (each, a "**Sale**"). Each prospective purchaser or bidder to whom such personal information is disclosed shall maintain and protect the privacy of such information and limit the use of such information to its evaluation of the Sale, and if it does not complete a Sale, shall return all such information to the Receiver, or in the alternative destroy all such information. The purchaser of the Business or any Property shall be entitled to continue to use the personal information provided to it, and related to the Business or Property purchased, in a manner which is in all material respects identical to the prior use of such information by the Debtor, and shall return all other personal information to the Receiver, or ensure that all other personal information is destroyed.

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU.

DATED AT TORONTO THIS    17    DAY OF    April    24
FAIT À TORONTO LE    JOUR DE

REGISTRAR    GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00715153-00CL

- 10 -

## LIMITATION ON ENVIRONMENTAL LIABILITIES

17.     **THIS COURT ORDERS** that nothing herein contained shall require the Receiver to occupy or to take control, care, charge, possession or management (separately and/or collectively, "**Possession**") of any of the Property that might be environmentally contaminated, might be a pollutant or a contaminant, or might cause or contribute to a spill, discharge, release or deposit of a substance contrary to any federal, provincial or other law respecting the protection, conservation, enhancement, remediation or rehabilitation of the environment or relating to the disposal of waste or other contamination including, without limitation, the *Canadian Environmental Protection Act*, the Ontario *Environmental Protection Act*, the *Ontario Water Resources Act*, or the Ontario *Occupational Health and Safety Act* and regulations thereunder (the "**Environmental Legislation**"), provided however that nothing herein shall exempt the Receiver from any duty to report or make disclosure imposed by applicable Environmental Legislation. The Receiver shall not, as a result of this Order or anything done in pursuance of the Receiver's duties and powers under this Order, be deemed to be in Possession of any of the Property within the meaning of any Environmental Legislation, unless it is actually in possession.

## LIMITATION ON THE RECEIVER'S LIABILITY

18.     **THIS COURT ORDERS** that the Receiver shall incur no liability or obligation as a result of its appointment or the carrying out the provisions of this Order, save and except for any gross negligence or wilful misconduct on its part, or in respect of its obligations under sections 81.4(5) or 81.6(3) of the BIA or under the *Wage Earner Protection Program Act*. Nothing in this Order shall derogate from the protections afforded the Receiver by section 14.06 of the BIA or by any other applicable legislation.

## RECEIVER'S ACCOUNTS

19.     **THIS COURT ORDERS** that the Receiver and counsel to the Receiver shall be paid their reasonable fees and disbursements, in each case at their standard rates and charges unless otherwise ordered by the Court on the passing of accounts, and that the Receiver and counsel to the Receiver shall be entitled to and are hereby granted a charge (the "**Receiver's Charge**") on the Property, as security for such fees and disbursements, both before and after the making of

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

DATED AT TORONTO THIS 17 DAY OF April 20 24
FAIT À TORONTO LE              JOUR DE

REGISTRAR                          GREFFIER

SUIVANT DE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE À TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVÉ DANS CE BUREAU

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

- 11 -

this Order in respect of these proceedings, and that the Receiver's Charge shall form a first charge on the Property in priority to all security interests, trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person, but subject to sections 14.06(7), 81.4(4), and 81.6(2) of the BIA.

20.    **THIS COURT ORDERS** that the Receiver and its legal counsel shall pass their accounts from time to time, and for this purpose the accounts of the Receiver and its legal counsel are hereby referred to a judge of the Commercial List of the Ontario Superior Court of Justice.

21.    **THIS COURT ORDERS** that prior to the passing of its accounts, the Receiver shall be at liberty from time to time to apply reasonable amounts, out of the monies in its hands, against its fees and disbursements, including legal fees and disbursements, incurred at the standard rates and charges of the Receiver or its counsel, and such amounts shall constitute advances against its remuneration and disbursements when and as approved by this Court.

**FUNDING OF THE RECEIVERSHIP**

22.    **THIS COURT ORDERS** that the Receiver be at liberty and it is hereby empowered to borrow by way of a revolving credit or otherwise, such monies from time to time as it may consider necessary or desirable (the "**Receiver's Borrowings**"), provided that the outstanding principal amount does not exceed $500,000 (or such greater amount as this Court may by further order authorize) at any time, at such rate or rates of interest as it deems advisable for such period or periods of time as it may arrange, for the purpose of funding the exercise of the powers and duties conferred upon the Receiver by this Order, including interim expenditures and the fees and expenses of the Receiver and its counsel. The whole of the Property shall be and is hereby charged by way of a fixed and specific charge (the "**Receiver's Borrowings Charge**") as security for the payment of the Receiver's Borrowings, together with interest and charges thereon, in priority to all security interests, trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person, but subordinate in priority to the Receiver's Charge and the charges as set out in sections 14.06(7), 81.4(4), and 81.6(2) of the BIA.

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRÉSENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 17 DAY OF April 20 24
FAIT À TORONTO LE                    JOUR DE

REGISTRAR                    GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

- 12 -

23.    **THIS COURT ORDERS** that neither the Receiver's Borrowings Charge nor any other security granted by the Receiver in connection with the Receiver's Borrowings under this Order shall be enforced without leave of this Court.

24.    **THIS COURT ORDERS** that the Receiver is at liberty and authorized to issue certificates substantially in the form annexed as Schedule "A" hereto (the "**Receiver's Certificates**") for any Receiver's Borrowings pursuant to this Order.

25.    **THIS COURT ORDERS** that the Receiver's Borrowings from time to time borrowed by the Receiver pursuant to this Order or any further order of this Court and any and all Receiver's Certificates evidencing the same or any part thereof shall rank on a *pari passu* basis, unless otherwise agreed to by the holders of any prior issued Receiver's Certificates.

**SERVICE AND NOTICE**

26.    **THIS COURT ORDERS** that the The Guide Concerning Commercial List E-Service (the "**Protocol**") is approved and adopted by reference herein and, in this proceeding, the service of documents made in accordance with the Protocol (which can be found on the Commercial List website                                                                                            at https://www.ontariocourts.ca/scj/practice/regional-practice-directions/eservice-commercial/) shall be valid and effective service. Subject to Rule 17.05 this Order shall constitute an order for substituted service pursuant to Rule 16.04 of the Rules of Civil Procedure. Subject to Rule 3.01(d) of the Rules of Civil Procedure and paragraph 21 of the Protocol, service of documents in accordance with the Protocol will be effective on transmission. This Court further orders that a Case Website shall be established in accordance with the Protocol with the following URL: https://www.insolvencies.deloitte.ca/en-ca/Pages/default.aspx.

27.    **THIS COURT ORDERS** that if the service or distribution of documents in accordance with the Protocol is not practicable, the Receiver is at liberty to serve or distribute this Order, any other materials and orders in these proceedings, any notices or other correspondence, by forwarding true copies thereof by email, prepaid ordinary mail, courier, personal delivery or facsimile transmission to the Debtor's creditors or other interested parties at their respective addresses as last shown on the records of the Debtor and that any such service or distribution by

THIS IS TO CERTIFY THAT THIS
~~DOCUMENT, EACH PAGE OF~~
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE
~~DOCUMENT, DONT CHACUNE~~
DES PAGES EST REVETUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS __17__ DAY OF __April__ 20 __24__
FAIT À TORONTO LE          JOUR DE

REGISTRAR                                              GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00715153-00CL

- 15 -

courier, personal delivery or facsimile transmission shall be deemed to be received on the next business day following the date of forwarding thereof, or if sent by ordinary mail, on the third business day after mailing.

**GENERAL**

28.     **THIS COURT ORDERS** that the Receiver may from time to time apply to this Court for advice and directions in the discharge of its powers and duties hereunder.

29.     **THIS COURT ORDERS** that nothing in this Order shall prevent the Receiver from acting as a trustee in bankruptcy of the Debtor.

30.     **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in the United States to give effect to this Order and to assist the Receiver and its agents in carrying out the terms of this Order.   All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Receiver, as an officer of this Court, as may be necessary or desirable to give effect to this Order or to assist the Receiver and its agents in carrying out the terms of this Order.

31.     **THIS COURT ORDERS** that the Receiver be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the Receiver is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

32.     **THIS COURT ORDERS** that, without limiting the generality of paragraph 30:

(a)     the Receiver is hereby authorized and empowered, but not obligated, to act as the foreign representative (the "**Foreign Representative**") in respect of the within proceedings for the purposes of having these proceedings recognized in a jurisdiction outside of Canada; and

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS ___17___ DAY OF ___April___ 20_24_
FAIT À TORONTO LE                        JOUR DE

REGISTRAR                                              GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe :** CV-24-00715153-00CL

- 14 -

(b)      the Foreign Representative is hereby authorized to apply for foreign recognition of these proceedings, as necessary, in any jurisdiction outside of Canada, including the United States pursuant to Chapter 15 of Title 11 of the United States Code 11 U.S.C. §§ 101 -1532.

33.    **THIS COURT ORDERS** that EDC shall have its costs of this Application, up to and including entry and service of this Order, provided for by the terms of EDC's security or, if not so provided by EDC's security, then on a full indemnity basis to be paid by the Receiver from the Debtor's estate with such priority and at such time as this Court may determine.

34.    **THIS COURT ORDERS** that any interested party may apply to this Court to vary or amend this Order on not less than seven (7) days' notice to the Receiver, EDC and to any other party likely to be affected by the order sought or upon such other notice, if any, as this Court may order.

35.    **THIS COURT ORDERS** that this Order and all of its provisions are effective as of 12:01 a.m. (Toronto time) on the date of this Order, and this Order shall be immediately enforceable at such time and thereafter without the need for entry and filing.

_____

Justice W.D. Black

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 17 DAY OF April 20 24
FAIT À TORONTO LE JOUR DE

REGISTRAR                          GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe** : CV-24-00715153-00CL

## SCHEDULE "A"

## RECEIVER CERTIFICATE

CERTIFICATE NO. [●]

AMOUNT $[●]

1.      THIS IS TO CERTIFY that Deloitte Restructuring Inc. ("**Deloitte**"), the receiver and manager (the "**Receiver**") of the assets, undertakings and properties of Antamex Industries ULC (the "**Debtor**") acquired for, or used in relation to a business carried on by the Debtor, including all proceeds thereof (collectively, the "**Property**") appointed by order of the Ontario Superior Court of Justice (Commercial List) (the "**Court**") dated the [●] day of [●], 2024 (the "**Order**") made in an application having Court file number CV-23-_____-00CL, has received as such Receiver from the holder of this certificate (the "**Lender**") the principal sum of $[●], being part of the total principal sum of $[●] which the Receiver is authorized to borrow under and pursuant to the Order.

2.      The principal sum evidenced by this certificate is payable on demand by the Lender with interest thereon calculated and compounded [daily][monthly not in advance on the [●] day of each month] after the date hereof at a notional rate per annum equal to the rate of [●] per cent above the prime commercial lending rate of Bank of [●] from time to time.

3.      Such principal sum with interest thereon is, by the terms of the Order, together with the principal sums and interest thereon of all other certificates issued by the Receiver pursuant to the Order or to any further order of the Court, a charge upon the whole of the Property, in priority to the security interests of any other person, but subject to the priority of the charges set out in the Order and in the *Bankruptcy and Insolvency Act*, and the right of the Receiver to indemnify itself out of such Property in respect of its remuneration and expenses.

4.      All sums payable in respect of principal and interest under this certificate are payable at the main office of the Lender at Toronto, Ontario.

5.      Until all liability in respect of this certificate has been terminated, no certificates creating charges ranking or purporting to rank in priority to this certificate shall be issued by the Receiver

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRÉSENT ATTEST QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVÊTUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS   17   DAY OF   April   20 24
FAIT À TORONTO LE           JOUR DE

REGISTRAR                                          GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00715153-00CL

- 2 -

to any person other than the holder of this certificate without the prior written consent of the holder of this certificate.

6.      The charge securing this certificate shall operate so as to permit the Receiver to deal with the Property as authorized by the Order and as authorized by any further or other order of the Court.

7.      The Receiver does not undertake, and it is not under any personal liability, to pay any sum in respect of which it may issue certificates under the terms of the Order.

DATED the [●] day of [●], 2024.

**DELOITTE RESTRUCTURING INC.,** solely in its capacity as Receiver of the Property, and not in its personal capacity

Per: _____

          Name:

          Title:

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS   17   DAY OF
FAIT À TORONTO LE             JOUR DE   April   20 24

REGISTRAR                                        GREFFIER

Electronically issued / Délivré par voie électronique : 14-Mar-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe : CV-24-00715153-00CL**

EXPORT DEVELOPMENT CANADA

Applicant

-and-    ANTAMEX INDUSTRIES ULC

Respondent

Court File No. CV-24-00715153-00CL

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

**Proceeding commenced at**
**Toronto**

**ORDER**
**(Appointing Receiver)**

**FASKEN MARTINEAU DuMOULIN LLP**
Barristers and Solicitors
333 Bay Street, Suite 2400
Bay Adelaide Centre, Box 20
Toronto, ON   M5H 2T6

**Stuart Brotman (LSO: 43430D)**
sbrotman@fasken.com
Tel. 416 865 5419

**Mitch Stephenson (LSO: 73064H)**
mstephenson@fasken.com
Tel. 416 868 3502

**Montana Licari (LSO: 85097G)**
mlicari@fasken.com
Tel. 416 868 3450

Lawyers for the Applicant

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 15 |
| ANTAMEX INDUSTRIES ULC,[1] | Case No. 24-    (xxx) |
| Debtor in a Foreign Proceeding. |  |

## CORPORATE OWNERSHIP STATEMENT[2]

The following corporate ownership statement is made pursuant to Rules 1007(a)(4) and

7007.1 of the Federal Rules of Bankruptcy Procedure:

1.     Antamex Industries ULC is a wholly owned subsidiary of Antamex Industries Inc., a corporation organized and existing under the laws of the State of Delaware.

2.     There is no publicly held corporation that owns 10% or more of the stock of Antamex Industries ULC.

I declare under penalty of perjury under the laws of the United States of America that

the information herein is true and correct to the best of my knowledge, information, and belief.

Executed on this 1st day of May, 2024
Ontario, Canada

Deloitte Restructuring, Inc., solely in its capacity as
court-appointed Foreign Representative and not in its
individual or corporate capacity

BY:  *Richard Williams*
Richard Williams, Senior Vice President

---

[1]  The chapter 15 debtor, along with the last four digits of the Debtor's British Columbia Corporation Number is: Antamex Industries ULC ("Antamex" or "Debtor") (6401).  The Debtor's executive headquarters are located at: 210 Great Gulf Drive, Concord, Ontario, Canada, L4K 5W1.

[2] The information set forth herein is based on the Foreign Representative's review of the Debtor's books and records. The Foreign Representative reserves the right to modify or supplement any of the information provided, effective retroactive to the Petition Date.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 15 |
| ANTAMEX INDUSTRIES ULC,[1] | Case No. 24-    (xxx) |
| Debtor in a Foreign Proceeding. | |

**CONSOLIDATED VERIFIED LIST**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(4), 1008, AND 2002(q) [2]**

Pursuant to Rules 1007(a)(4), 1008, and 2002(q), the attached schedules contemplate each of the following:

(i)      all persons or bodies authorized to administer foreign proceedings of the Debtor (Schedule A);

(ii)     all parties to litigation pending in the United States in which any Debtor is a party at the time of filing of the petition (Schedule B); and

(iii)    all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code (Schedule C).

I declare under penalty of perjury under the laws of the United States of America that the information in the attached schedules is true and correct to the best of my knowledge, information, and belief.

Executed on this 1st day of May, 2024
Ontario, Canada

Deloitte Restructuring, Inc., solely in its capacity as
court-appointed Foreign Representative and not in its
individual or corporate capacity

BY:    *Richard Williams*
           Richard Williams, Senior Vice President

---

[1]  The chapter 15 debtor, along with the last four digits of the Debtor's British Columbia Corporation Number is: Antamex Industries ULC ("Antamex" or "Debtor") (6401).  The Debtor's executive headquarters are located at: 210 Great Gulf Drive, Concord, Ontario, Canada, L4K 5W1.

[2]  The information set forth herein is based on the Foreign Representative's review of the Debtor's books and records.  The Foreign Representative reserves the right to modify or supplement any of the information provided, effective retroactive to the Petition Date.

## **SCHEDULE A**

**All Persons or Bodies Authorized to Administer Foreign Proceedings of the Debtors**

Deloitte Restructuring Inc.
(solely in its capacity as court appointed Foreign Representative of the Debtor, and not in its individual or corporate capacity)
8 Adelaide Street West, Suite 200
Toronto, Ontario M5H 0A9
Canada

**<u>SCHEDULE B</u>**

**All Parties to Litigation Pending in the United States
in which a Debtor is a Party at the Time of Filing of the Petition**

1. Commonwealth of Massachusetts Superior Court Civil Action No. 2384CV00666

   Parties: Kingspan Insulated Panels; Antamex Industries ULC; Are-Ma Region No. 87 Owner Limited Partnership; Federal Insurance Company (As Amended); Fidelity and Deposit Company of Maryland (As Amended); Liberty Mutual Insurance Company (As Amended); Suffolk Construction Co., Inc. (As Amended).

2. Commonwealth of Massachusetts Superior Court Civil Action No. 2184CV01001

   Parties: Antamex Industries ULC; Carpenter & Company Inc.; Federal and Deposit Company of Maryland; Federal Insurance Company; Liberty Mutual Insurance Company; Oldcastle Building Envelope, Inc.; One Dalton Owner, LLC; Suffolk Construction Company, Inc.

3. Suffolk County (Massachusetts) Superior Court Civil Action No. 2484CV00833

   Parties: Antamex Industries ULC; Federal Insurance Company; Fidelity and Deposit Company of Maryland; Liberty Mutual Insurance Company; Suffolk Construction Company Inc.

## **SCHEDULE C**

**All Entities Against Whom Provisional Relief Is
Being Sought Under § 1519 of the Bankruptcy Code**

*See Attached*

| Notes | Category | Party | Attention | Address1 | Address2 | City | St/Prov | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| | RECEIVER | DELOITTE RESTRUCTURING INC. | Attn: Phil Reynolds, Richard Williams | 8 Adelaide Street West, Suite 200 | | TORONTO | ON | M5H 0A9 | Canada | phlreynolds@deloitte.ca; richwilliams@deloitte.ca |
| | DEBTOR | ANTAMEX INDUSTRIES ULC | Attn: Ryan Spurgeon; Jeff Dicker; Jeremy Ozen | 210 Great Gulf Drive | | CONCORD | ON | L4K 5W1 | Canada | rspurgeon@antamex.com; jdicker@antamex.com; jozen@o3indus.com |
| Csl to Receiver | Attorney | BLAKE, CASSELS & GRAYDON LLP | Attn: Linc Rogers, Caitlin McIntyre | 199 Bay Street | Suite 4000, Commerce Court West | TORONTO | ON | M5L 1A9 | Canada | linc.rogers@blakes.com; caitlin.mcintyre@blakes.com |
| Csl to Deutsche Leasing Canada, Corp. | Attorney | BLANEY McMURTRY LLP | Attn: Timothy R. Dunn | 2 Queen Street East, Suite 1500 | | TORONTO | ON | M5C 3G5 | Canada | tdunn@blaney.com |
| Csl to Surety, Euler Hermes North America Insurance Company, Aviva Insurance Company of Canada and Nationwide Mutual Insurance Company (2184CV01001) | Attorney | BORDEN LADNER GERVAIS LLP | Attn: Alexander MacFarlane; Andrew Punzo; James MacLellan; Denise Bambrough; Mark Borgo | Bay Adelaide Centre, East Tower | 22 Adelaide Street West, Suite 3400 | TORONTO | ON | M5H 4E3 | Canada | AMacFarlane@blg.com; APunzo@blg.com; JMacLellan@blg.com; DBambrough@blg.com; MBorgo@blg.com |
| In-house Csl to Oldcastle BuildingEnvelope, Inc. (2184CV01001) | Attorney | CRH Americas Law Group | Attn: Kevin Keating | 900 Ashwood Parkway, Suite 600 | | ATLANTA | GA | 30338 | USA | |
| Csl to CIBC & HSBC Bank Canada | Attorney | DENTONS LLP | Attn: Vera Vynohrad; John Salmas; Sarah Lam; Mark Freake | 77 King St West, Suite 400 | Toronto-Dominion Centre | TORONTO | ON | M4K 0A1 | Canada | vera.vynohrad@dentons.com; john.salmas@dentons.com; sarah.lam@dentons.com; mark.freake@dentons.com |
| Csl to Applicant | Attorney | FASKEN MARTINEAU DuMOULIN LLP | Attn: Stuart Brotman, Mitch Stephenson, Montana Licari | 333 Bay Street, Suite 2400 | Bay Adelaide Centre, Box 20 | TORONTO | ON | M5H 2T6 | Canada | sbrotman@fasken.com; mstephenson@fasken.com; mlicari@fasken.com |
| Csl to Landlord, Norwich 40 TGCI LLC/ The Grossman Companies | Attorney | GARDINER ROBERTS LLP | Attn: Chris Besant; Noah Bonis Charancle | Bay Adelaide Centre - East Tower | 22 Adelaide Street West, Suite 3600 | TORONTO | ON | M5H 4E3 | Canada | cbesant@grllp.com; nbonischarancle@grllp.com |
| Csl to Suffolk Construction Company, Inc., Federal Insurance, Federal and Deposit Co of MD, Liberty Mutual(2184CV01001) | Attorney | Hinckley Allen and Snyder LLP | Attn: Joel Lewin; Scott A McQuilkin | 28 State St | | BOSTON | MA | 02109 | USA | jlewin@hinckleyallen.com; smcquilkin@hinckleyallen.com |
| Csl to Noram Glass Corporation | Attorney | KAGAN SHASTRI DEMELO WINER PARK LLP | Attn: David Winer | 188 Avenue Road | | TORONTO | ON | M4R 2J1 | Canada | dwiner@ksllp.ca |
| Csl to Klimer Platforms Inc | Attorney | MARGIE STRUB CONSTRUCTION LAW LLP | Attn: John Margie | 2300 Yonge Street | Suite 2001, Mailbox 2331 | TORONTO | ON | M4P 1E4 | Canada | jmargie@margiestrub.com |
| Csl to Respondent | Attorney | MCMILLAN LLP | Attn: Wael Rostom; Jeffrey Levine | Brookfield Place, Suite 4400 | 181 Bay Street | TORONTO | ON | M5J 2T3 | Canada | Wael.Rostom@mcmillan.ca; Jeffrey.Levine@mcmillan.ca |
| Csl for PJ Dick Construction | Attorney | PAUARE ROLAND ROSENBERG ROTHSTEIN, LLP | Attn: Massimo (Max) Starnino | 155 Wellington St West, 35th Floor | | TORONTO | ON | M5V 3H1 | Canada | max.starnino@pallareroland.com |
| US Csl to Receiver | Attorney | PERKINS COIE LLP | Attn: Tina Moss | 1155 Avenue of the Americas, 22nd Floor | | NEW YORK | NY | 10036-2711 | USA | TMoss@perkinscoie.com |
| Csl to Kingspan (2384CV00666) | Attorney | Preti Flaherty Beliveau and Pachios, LLP | Attn: Daniel R Sonneborn | 60 State St Suite 1100 | | BOSTON | MA | 02109 | USA | dsonneborn@preti.com |
| Csl to One Dalton Owner LLC, Carpenter & Company, Inc. (2184CV01001) | Attorney | Proskauer Rose LLP | Attn: James R Anderson | One International Place | | BOSTON | MA | 02110-2600 | USA | jaanderson@proskauer.com |
| Notice party on UCCs filed by Glaston America, Inc, Glaston Findland OY, Glaston Germany GmbH | Attorney | PULLMAN & COMLEY, LLC | Attn: Kristin Mayhew; Timothy Ronan | 850 MAIN STREET, 8TH FLOOR | PO BOX 7006 | BRIDGEPORT | CT | 06601 | USA | kmayhew@pullcom.com; tronan@pullcom.com |
| Csl to Oldcastle BuildingEnvelope Inc (2184CV01001) | Attorney | Robinson and Cole LLP | Attn: Joseph A Barra; William A Stoll | One Boston Place, 25th Floor | | BOSTON | MA | 02108-4404 | USA | jbarra@rc.com; wstoll@rc.com |
| Csl to Antamex (state court litigation) | Attorney | RUBERTO, ISRAEL & WEINER P.C. | Attn: Bradley L Croft; Adam G Gutbezahl; Kirk J | 255 STATE STREET, 7TH FLOOR | | BOSTON | MA | 02109 | USA | bcroft@riw.com; agg@riw.com; kjm@riw.com |
| US Csl to Landlord, Norwich 40 TGCI LLC | Attorney | SEYFARTH SHAW | Attn: James Sullivan; Michael Dowley | 620 Eighth Avenue, 32nd Floor | | NEW YORK | NY | 10018-1405 | USA | jmsullivan@seyfarth.com; mdowley@seyfarth.com |
| Csl to 03 Industries LLC | Attorney | STIKEMAN ELLIOTT LLP | Attn: Nathalie Nouvet | 1155 boul. Rene-Levesque Ouest | 41e etage | MONTREAL | QC | H3B 3V2 | Canada | NNouvet@stikeman.com |
| Csl to Krisro Metal Industries Corp. | Attorney | SUTHERLAND LAW | Attn: Jonathan L. Frustaglio | 3300 Hwy 7, Suite 904 | | VAUGHAN | ON | L4K 4M3 | Canada | jfrustaglio@sutherlaw.com |
| | Attorney | THEIR LAW OFFICES, LLC | Attn: Clifford Their | 60 State Street, Suite 1100 | | WEST HARTFORD | CT | 06107 | USA | cliffthier@thierlaw.com |
| Csl to Suffolk Construction Co., Inc | Attorney | THORNTON GROUT FINNIGAN LLP | Attn: Grant B. Moffat; Alexander Soutter; Rebecca Kennedy | 100 Wellington Street West | Suite 3200, P.O. Box 329 | TORONTO | ON | M5K 1K7 | Canada | gmoffat@tgf.ca; asoutter@tgf.ca; rkennedy@tgf.ca |
| Csl to Sureties, Aviva and Nationwide | Attorney | WATT, TIEDER, HOFFAR & FITZGERALD, LLP | Attn: Bradford R. Carver | 175 Federal Street, Suite 1225 | | BOSTON | MA | 02110 | USA | bcarver@watttieder.com |
| Csl for TIP Fleet Services Canada Ltd | Attorney | YOUNGMAN LAW PC | Attn: Patrick Bernard | 90 Eglinton Avenue East, Ste. 980 | | TORONTO | ON | M4P 2Y3 | Canada | pbernard@youngmanlaw.com |
| | Government | CANADA REVENUE AGENCY | | 1 Front Street West | | TORONTO | ON | M5J 2X6 | Canada | AGC-PGC.Toronto-Tax-Fiscal@justice.gc.ca |
| | Government | DELAWARE DEPARTMENT OF FINANCE | OFFICE OF UNCLAIMED PROPERTY | PO BOX 8923 | | WILMINGTON | DE | 19899 | USA | escheat.holderquestions@delaware.gov |
| | Government | DELAWARE DEPARTMENT OF JUSTICE | OFFICE OF THE ATTORNEY GENERAL | CARVEL STATE BUILDING | 820 N. FRENCH STREET | WILMINGTON | DE | 19801 | USA | ATTORNEY.GENERAL@DELAWARE.GOV |
| | Government | DELAWARE DIVISION OF REVENUE | | 540 S DUPONT HIGHWAY | | DOVER | DE | 19901 | USA | |
| | Government | DELAWARE DIVISION OF REVENUE | | 20653 DUPONT BLVD, STE 2 | | GEORGETOWN | DE | 19947 | USA | |
| | Government | DELAWARE DIVISION OF REVENUE | | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | USA | DOR_BusinessTax@delaware.gov; DOR_Legal_Info@delaware.gov |
| | Government | DELAWARE STATE TREASURY | | 820 SILVER LAKE BLVD., SUITE 100 | | DOVER | DE | 19904 | USA | |
| | Government | DEPARTMENT OF JUSTICE (CANADA) | Ontario Regional Office | 120 Adelaide Street West, Ste. 400 | | TORONTO | ON | M5H 1T1 | Canada | |
| | Government | INTERNAL REVENUE SERVICE | | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | USA | |
| | Government | INTERNAL REVENUE SERVICE | | 1111 CONSTITUTION AVE, NW | | WASHINGTON | DC | 20220-0001 | USA | CHARLES.MESSING@IRS.GOV; DENNIS.MOODY@IRS.GOV |
| | Government | MINISTER OF FINANCE | INSOLVENCY UNIT | 6th Floor, 33 King Street West | | OSHAWA | ON | L1H 8H5 | Canada | insolvency.unit@ontario.ca |
| | Government | OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE | HERCULES BUILDING | 1313 N. MARKET ST, STE 400 | WILMINGTON | DE | 19801 | USA | |
| | Government | OFFICE OF THE US TRUSTEE DISTRICT OF DELAWARE | Attn: Timothy J. Fox, Jr.; Jonathan Lipshie | 844 KING ST, STE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 | USA | |
| | Government | SECRETARY OF STATE/DIV OF REVENUE | DIVISION OF CORPORATIONS, FRANCHISE TAX | P.O. BOX 898 | | DOVER | DE | 19903 | USA | DOSDOC_FTAX@DELAWARE.GOV |
| | Government | SECRETARY OF STATE/DIV OF REVENUE | JOHN G TOWNSEND BLDG | 401 FEDERAL ST, STE 4 | | DOVER | DE | 19901 | USA | DOSDOC_FTAX@DELAWARE.GOV |
| | Government | SECURITIES & EXCHANGE COMMISSION | | 100 F STREET, NE | | WASHINGTON | DC | 20549 | USA | COMMISSIONERELE@SEC.GOV |
| | Government | SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL | NEW YORK REGIONAL OFFICE | BROOKFIELD PLACE 200 VESEY ST, STE 400 | NEW YORK | NY | 10281-1022 | USA | OCP@SEC.GOV |
| | Government | STATE OF DELAWARE ATTY GENERAL | ATTN: KATHY JENNINGS | CARVEL STATE OFFICE BLDG | 820 N FRENCH ST | WILMINGTON | DE | 19801 | USA | ATTORNEY.GENERAL@STATE.DE.US |
| | Creditor/Other | 03 Industries LLC | Attn: Jeremy Ozen | 3 Columbus Circle, Suite 1420 | | New York | NY | 10019 | USA | jozen@o3indus.com |
| | Creditor/Other | 6 DEGREES CONSULTING, INC. | | PO BOX 5270 | | PITTSBURGH | PA | 15206 | USA | |
| | Creditor/Other | ALL AERIALS LTD. | | 4945 BRECKSVILLE RD. | | RICHFIELD | OH | 44286 | USA | |
| | Creditor/Other | ALL ERECTION & CRANE RENTAL | | PO BOX 318047 | | CLEVLAND | OH | 44131-80 | USA | |
| | Creditor/Other | AQUA FILTER FRESH INC. | | 1 COMMERCE DRIVE | | PITTSBURGH | PA | 15239 | USA | |
| | Creditor/Other | ARCHI HEAVEN | | BAHAA ELDIN ELGATWARY ST. | SMOUHA ELGAWZAA | ALEXANDRIA | | | EGYPT | |
| | Creditor/Other | ARCHITECTURAL SYSTEMS INC. | | 707 W. HWY. 60 | | MONETT | MO | 65708 | USA | |
| | Creditor/Other | ARCHITECTURAL TESTING, INC. | | PO BOX 419241 | | BOSTON | MA | 02241-9241 | USA | |
| | Creditor/Other | ARMSTRONG TRANSPORT GROUP | Attn: Lee Knox | 1120 S. TRYON ST. | | CHARLOTTE | NC | 28203-6817 | USA | lknox@armstrongtransport.com |
| | Creditor/Other | ASSA ABLOY INDUSTRIAL SALES LTD. | | SOUTH ROAD | HARLOW | ESSEX | | CM20 2AR | UK | |
| | Creditor/Other | ASSA ABLOY, INC. | | 110 SARGENT DRIVE | | NEW HAVEN | CT | 06511 | USA | |
| | Creditor/Other | BYSTRONIC INC. | | PO BOX 1041 | | NEW HAVEN | NY | 10268 | USA | |
| | Creditor/Other | DAWSON DOORS | | 825 ALLEN STREET, PO BOX 0278 | | JAMESTOWN | NY | 14702 | USA | |
| | Creditor/Other | Deutsche Leasing Canada, Corp. | Attn: Rainer Voelker | 190 South Lasalle Street, Ste. 2150 | | Chicago | IL | 60603 | USA | rainer.voelker@deutshe-leasing.com |
| | Creditor/Other | DORMAKABA USA INC. | | P.O. BOX 896542 | | CHARLOTTE | NC | 28289 | USA | |
| | Creditor/Other | ELLISON BRONZE INC. | | 125 WEST MAIN STREET | | FALCONER | NY | 14733 | USA | |
| | Creditor/Other | ELUMATEC NORTH AMERICA, INC. | | 4320 RALPH JONES COURT | | SOUTH BEND | IN | 46628 | USA | |
| | Creditor/Other | GIBANE BUILDING COMPANY | ATTN: DAWN HILL | 7 JACKSON WALKWAY | | PROVIDENCE | RI | 02903 | USA | |
| | Creditor/Other | GLASTON FINLAND OY | | 100 Dobbs Ln, Ste 102 | | Cherry Hill | NJ | 08034-1436 | USA | |
| | Creditor/Other | GLASTON FINLAND OY | | Vehmaistenkatu 5 | | Tampere | | 33731 | FINLAND | |
| | Creditor/Other | GLASTON GERMANY GmbH | | Karl-Lenhardt-Strasse 1-9 | | Neuhausen-Hamberg | | 75242 | GERMANY | |

| Notes | Category | Party | Attention | Address1 | Address2 | City | St/Prov | Zip Code | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor/Other | GREAT LAKES LIFTING | | 209 E CORNING AVE. | | PETONE | IL | 60468 | USA | |
| | Creditor/Other | GULF RUBBER INDUSTRIES LLC | | PO BOX 410364 | | DUBAI | | | UAE | |
| | Creditor/Other | HSBC Bank USA NA | Attn: Nicole A Annunziata | P.O. Box 1145 | | BUFFALO | NY | 14240 | USA | |
| | Creditor/Other | IGE Glass Technologies, Inc. | Attn: Jeff Spicer | 2875 Jupiter Park Drive, 100 | | JUPITER | FL | 33458 | USA | jspicer@igesolutions.com |
| | Creditor/Other | INTERNATIONAL ENTRANCES, INC. | | 6340 AMERIPLEX DRIVE | | PORTAGE | IN | 46368 | USA | |
| | Creditor/Other | IRON WORKERS LOCAL 17 FRINGE BENEFIT FUNDS, INC. | | 5600 New King Dr Suite 330 | | TROY | MI | 48098 | USA | |
| | Creditor/Other | IRON WORKERS OF WESTERN PA BENEFITS PLAN | | 2201 Liberty Avenue | | PITTSBURGH | PA | 15222 | USA | ironben@ironben.com |
| | Creditor/Other | L&M SALES AND SUPPLY | | 60 S 24TH ST. | | PISSBURGH | PA | 15203 | USA | |
| | Creditor/Other | LARSON ENG. OF MINN. | | 6380 E. THOMAS ROAD | | SCOTTSDALE | AZ | 85251 | USA | |
| | Creditor/Other | LARSON ENGINEERING AZ | | 6380 E. THOMAS ROAD | | SCOTTSDALE | AZ | 85251 | USA | |
| | Creditor/Other | LEVIAT | | P.O. BOX 404271 | | ATLANTA | GA | 30384 | USA | |
| | Creditor/Other | LIQUIDPLANNER, INC. | | DEPT CH 19536 | | PALATINE | IL | 60055 | USA | |
| | Creditor/Other | M.E.S.O. INC. | | PO BOX 2626 | | EAST LIVERPOOL | OH | 43920 | USA | |
| | Creditor/Other | MCMASTER-CARR | | P.O. BOX 7690 | | CHICAGO | IL | 60680-7690 | USA | |
| | Creditor/Other | METRO GLASS & METAL,LLC | | 10 WHEELING AVENUE | | WOBURN | MA | 01801 | USA | |
| | Creditor/Other | METRO PRECAST & STONE SERVICES INC. | | 3084-3092 BUSINESS CENTER DR. | | WOODBRIGE | VA | 22192 | USA | |
| | Creditor/Other | NAIJARINE STRUCTURES | | 9070 IRVINE CENTER DR. | | IRVINE | CA | 926158 | USA | |
| | Creditor/Other | NATIONAL ENCLOSURE COMPANY, LLC | ATTN: TIMOTHY A. BURZYNSKI | 5075 CARPENTER ROAD | | YPSILANTI | MI | 48197 | USA | TBurzynski@nceusa.com |
| | Creditor/Other | NAVERRA LLC | Attn: Jeremy Ozen | 40 WISCONSIN AVENUE | | NORWICH | CT | 06360 | USA | jozen@o3indus.com |
| | Creditor/Other | NORWICH 40 TGCI LLC (The Grossman Companies, Inc.) | Attn: Jacob Grossman; Paul Dawson | One Adams Place | 859 Willard St., Ste., 501 | QUINCY | MA | 02169 | USA | jake@grossmanco.com; paul@grossmanco.com |
| | Creditor/Other | Pennsylvania - Dept of Labor & Industry | OUCS Operations - Adjudication | 351 Boas St., Room 500 | | Harrisburg | PA | 17121-0750 | USA | |
| | Creditor/Other | PHILIPS LYTLE LLP | Attn: Aidan Campbell | ONE CANALSIDE | 125 Main Street | BUFFALO | NY | 14203 | USA | acampbell@philipslytle.com |
| | Creditor/Other | RECORD AUTOMATIC DOORS NORTH AMERICA | | P.O. BOX 571S8 | | PLEASANT HILL | IA | 50327 | USA | |
| | Creditor/Other | SATELLITE SHELTERS, INC. | | PO BOX 860700 | | MINNEAPOLIS | MN | 55486 | USA | |
| | Creditor/Other | SCAFFOLD RESOURCE, LLC | | 9513 LANHAM SEVERN ROAD | | LANHAM | MD | 20706 | USA | |
| | Creditor/Other | SKYTOP ENGINEERING LLC | | THE ONE TOWER | SHEIKH ZAYED ROAD | DUBAI | | | UAE | info@skytop.pro |
| | Creditor/Other | SPATIAL LABS | | MIKINON 25, GLYFADA, 16674 | | ATTIKI | | | GREECE | |
| | Creditor/Other | SPIDER, A DIV. OF SAFEWORKS, LLC | | NW 5547 | | MINNEAPOLIS | MN | 55485-5547 | USA | |
| | Creditor/Other | SUNBELT RENTALS INC. | | PO BOX 409211 | | ATLANTA | GA | 30384-9211 | USA | |
| | Creditor/Other | SUPERIOR INDUSTRIAL INSULATION | | 385S W. 150TH ST. | | CLEVELAND | OH | 44111 | USA | |
| | Creditor/Other | SWEENEY CONSTRUCTION SPECIALTIES | | 330 CODMAN HILL ROAD | | BOXBOROUGH | MA | 01719 | USA | |
| | Creditor/Other | SWIPECLOCK, LLC | | 10644 S JORDAN GATEWAY STE 400 | | SOUTH JORDAN | UT | 84095 | USA | |
| | Creditor/Other | SWISS MIDDLE EAST | | PO BOX 33977, OFFICE 12 BLOCK-B | AL GHAZAL COMPLEX NAD AL HAMAR | DUBAI | | | UAE | |
| | Creditor/Other | TRELLEBORG | | PO BOX 200093 | | PITTSBURGH | PA | 15250-00 | USA | |
| | Creditor/Other | TUTANOTA LLC | | 8 THE GREEN, SUITE A | | DOVER | DE | 19901 | USA | |
| | Creditor/Other | TVITEC SYSTEM GLASS SL | Poligono Industrial el Bayo | 19, 24492 Cubillos del Sil | | Leon | | | SPAIN | |
| | Creditor/Other | VIPROTRON NORTH AMERICA INC. | | 7501 S Jackson Gap Way | | AURORA | CO | 80016-2574 | USA | |
| | Creditor/Other | VIRACON, INC | | US BANK OPERATION CENTER | #SDS 12-0570, PO BOX 86 | MINNEAPOLIS | MN | 55486 | USA | |
| | Litigation | ARE-MA REGION NO. 87 OWNER LP | C/O ALEXANDRIA REAL ESTATE EQUITIES, INC. | 215 FIRST STREET, SUITE 100 | | CAMBRIDGE | MA | 02142 | USA | |
| | Litigation | Carpenter & Company, Inc. | | 151 Town Sq | | WHEATON | IL | 60189 | USA | |
| | Litigation | FEDERAL INSURANCE COMPANY | | 2028 HALL'S MILL ROAD | | WHITEHOUSE STAT | NJ | 08889 | USA | |
| | Litigation | FIDELITY AND DEPOSIT COMPANY OF MARYLAND | | 1299 ZURICH WAY | | SCHAUMBURG | IL | 60196 | USA | |
| | Litigation | Liberty Mutual Insurance Company | | 175 Berkeley Street | | BOSTON | MA | 02116 | USA | |
| | Litigation | OLDCASTLE BUILDING ENVELOPE, INC. | | 97 Robert Treat Paine Drive | | TAUNTON | MA | 02780-1267 | USA | |
| | Litigation | ONE DALTON OWNER, LLC | | 1 Dalton Street | | BOSTON | MA | 02199 | USA | |
| | Litigation | Suffolk Construction Company, Inc. | | 65 Allerton Street | | BOSTON | MA | 02119 | USA | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex US LLC | US EMPLOYEE | | | | | | | | | |
| Antamex Industries ULC | US EMPLOYEE | | | | | | | | | |
| Antamex Industries ULC | US EMPLOYEE | | | | | | | | | |
| Antamex Industries ULC | US EMPLOYEE | | | | | | | | | |